DAVIS WRIGHT TREMAINE LLP
  Scott R. Commerson (SBN 227460)
  *scottcommerson@dwt.com*
  James H. Moon (SBN 268215)
  *jamesmoon@dwt.com*
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

DAVIS WRIGHT TREMAINE LLP
  John A. Goldmark (*pro hac vice* forthcoming*)*
  *johngoldmark@dwt.com*
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

DAVIS WRIGHT TREMAINE LLP
  Joseph E. Addiego III (SBN 169522)
  *joeaddiego@dwt.com*
505 Montgomery Street, Ste. 800,
San Francisco, California 94111-6533
Telephone:  (415) 276-6500
Fax:  (415) 276-6599

*Attorneys for Defendant Ring LLC*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JACK and JEAN ALDA, for themselves, as private attorneys general, and/or on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RING LLC,<br><br>Defendant. | Case No. 3:21-cv-00544-HSG<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT [CIVIL L.R. 6-1(A)]**<br><br>Compl. Filed:        November 19, 2020 |

**TO THE CLERK AND TO PLAINTIFFS AND THEIR ATTORNEYS**:

Pursuant to Civil Local Rule 6-1(a), Plaintiffs Brandon Jack and Jean Alda ("Plaintiffs") and Defendant Ring LLC ("Defendant") hereby stipulate for an extension of time for Defendant to respond to Plaintiffs' Complaint.

The Complaint was filed on November 19, 2020 and served on Defendant on December 23, 2020. This action was removed to this Court on January 22, 2021. Defendant's current deadline to respond to the Complaint is January 29, 2021.

The parties hereby stipulate that Defendant's deadline to respond to the Complaint is extended by two (2) weeks, from January 29, 2021 to February 12, 2021. The extension will not alter the date of any event or any deadline already fixed by Court order.

Dated: January 25, 2021         DAVIS WRIGHT TREMAINE LLP

                                By: /s/ Scott R. Commerson
                                    Scott R. Commerson

                                *Attorneys for Defendant Ring LLC*


Dated: January 25, 2021         DENITTIS OSEFCHEN PRINCE, P.C.

                                By: /s/ Stephen DeNittis
                                    Stephen DeNittis

                                *Attorneys for Plaintiffs
                                Brandon Jack and Jean Alda*

**FILER'S ATTESTATION**

I am the ECF user whose identification and password are being used to file this Stipulation for Extension of Time for Defendant to Respond to Plaintiff's Complaint on behalf of Plaintiffs and Defendant. In compliance with Local Rule 5-1(i)(3), I hereby attest that Plaintiffs' counsel concurs in this filing.

Dated: January 25, 2021

DAVIS WRIGHT TREMAINE LLP

By: /s/ Scott R. Commerson
    Scott R. Commerson

*Attorneys for Defendant Ring LLC*

<u>PROOF OF SERVICE BY ELECTRONIC MAIL AND U.S. MAIL</u>

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On January 25, 2021, I served the foregoing document(s) described as: **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT [CIVIL L.R. 6-1(A)]** by forwarding a portable document file to the electronic mail address(es) below and by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

| | |
|---|---|
| Daniel M. Hattis, Esq.<br>Paul Karl Lukacs, Esq.<br>Hattis & Lukacs<br>400 108th Ave NE, Suite 500<br>Bellevue, WA 98004<br>Email:  dan@hattislaw.com<br>Email:  pkl@hattislaw.com | Stephen DeNittis, Esq.<br>Shane T. Prince, Esq.<br>Denittis Osefchen Prince, P.C.<br>5 Greentree Centre, Suite 410<br>525 Route 73 N.<br>Marlton, New Jersey 08057<br>Email:  sdenittis@denittislaw.com<br>Email:  sprince@dwnittislaw.com |

**(FROM ELECTRONIC MAIL ADDRESS** frankromero@dwt.com**)** at Suite 2400, 865 South Figueroa Street, Los Angeles, California.

**(U.S. MAIL)** - I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP for collecting and processing correspondence for mailing with the United States Postal Service.  I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

Executed on January 25, 2021, at Los Angeles, California.

☐ State   I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

☒ Federal   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| Frank M. Romero | *Frank M. Romero* |
|---|---|
| Print Name | Signature |