Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brandon Jack and Jean Alda, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> Ring LLC, <br><br> Defendant(s). | Case No: 4:21-cv-00544-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER (** <br> **CIVIL LOCAL RULE 11-3)** |

I, Stephen P. DeNittis, an active member in good standing of the bar of New Jersey, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs Brandon Jack and Jean Alda in the above-entitled action. My local co-counsel in this case is Paul Karl Lukacs, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: <br> DENITTIS OSEFCHEN PRINCE, P.C. <br> 5 Greentree Centre, Suite 410, 525 Route 73 N. <br> Marlton, New Jersey 08057 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: <br> HATTIS & LUKACS <br> 936 Woodlawn Drive <br> Thousand Oaks, California 91360 |
|---|---|
| MY TELEPHONE # OF RECORD: <br> (856) 797-9951 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> (805) 233-8062 |
| MY EMAIL ADDRESS OF RECORD: <br> sdenittis@denittislaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> pkl@hattislaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 031981997.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 02/04/21

Stephen P. DeNittis
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Stephen P. DeNittis is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/5/2021

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT JUDGE *October 2012*

PRO HAC VICE APPLICATION & ORDER

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **Stephen P De Nittis** *(No.* **031981997** *) was constituted and appointed an Attorney at Law of New Jersey on* **December 15, 1997** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 20th day of July, 2020.*

*Heather J Baker*
Clerk of the Supreme Court