# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brandon Jack and Jean Alda, et al. | Case No: 4:21:00544-HSG |
| Plaintiff(s), | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** |
| v. | (CIVIL LOCAL RULE 11-3) |
| Ring LLC, | |
| Defendant(s). | |

I, John A. Goldmark, an active member in good standing of the bar of Washington, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Ring LLC in the above-entitled action. My local co-counsel in this case is Joseph E. Addiego III, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Davis Wright Tremaine LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104 | Davis Wright Tremaine LLP<br>505 Montgomery St., Ste. 800<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD:<br>206-622-3150 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>415-276-6500 |
| MY EMAIL ADDRESS OF RECORD:<br>johngoldmark@dwt.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>joeaddiego@dwt.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 169522.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: February 2, 2021                     /s/John A. Goldmark
                                                                APPLICANT
                                            John A. Godlmark

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of John A. Goldmark is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2 / 5 / 2 0 2 1                      /s/ Haywood S. Gilliam Jr.
                                            UNITED STATES DISTRICT JUDGE

# CERTIFICATION OF CURRENT STATUS

August 18, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the Washington State Bar Association, **John Goldmark**, license no. **40980** was licensed or admitted to the practice of law as a lawyer in this state by the Washington Supreme Court on **December 4, 2008** and is, as of the date of this certificate, a(n) **Active lawyer** of the Washington State Bar Association who is **Eligible** to practice law in this state as a lawyer.

This certificate reflects the date of admission or licensure and the license status as of the date stated. Historical information about status, including periods on inactive status, administrative and disciplinary suspensions, disbarments, resignations, etc., are not reflected in this information, but are available through a Status History Certificate. A summary of confidential grievances and public discipline imposed is available, if authorized by the member, through a Discipline History Certificate.

_____
Terra Nevitt
Interim Executive Director

Washington State Bar Association
1325 Fourth Ave, Suite 600
Seattle, WA 98101-2539
206-443-WSBA